FILED

2012 AUG -1 AM 11:09

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

BY

Robert N. Phan (State Bar No. 217283)
Juan D. Garcia (State Bar No. 215980)
**GARCIA & PHAN,** *A Prof. Law Corp.*
17011 Beach Blvd., Ste. 540
Huntington Beach, CA 92647
Telephone: (714) 848-8200
Facsimile: (714) 677-4005

Attorneys for Defendants,
CORTISLIM INTERNATIONAL, INC.,
NATIONAL MARKETING, INC.,
CORTISLIM INTERNATIONAL, LLC,
ALAN R. SPORN, and JOHN S. NEUBAUER, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

MAX MEDIA, INC., a corporation,

Plaintiff,

vs.

CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL, LLC; ALAN R. SPORN, an individual; JOHN S. NEUBAUER, JR., an individual; RICHARD A. SPORN, an individual; and DOES 1 to 20, inclusive,

Defendants.

CASE NO.: **SACV 12 - 01236 JST (RNBx)**

**DEFENDANTS, CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, and JOHN S. NEUBAUER, JR.'S, NOTICE OF REMOVAL**

**DEFENDANTS, CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, and JOHN S. NEUBAUER, JR.'S NOTICE OF REMOVAL**

Defendants, CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, and JOHN S. NEUBAUER, JR., pursuant to 28 U.S.C. §1441, hereby remove to this Court the state action described below, which is within the original jurisdiction of this Court and

properly removed under 28 U.S.C. §§ 1332, 1441, 1446, and 1453. Pursuant to 28 U.S.C. §1446(d), copies of this Notice of Removal are being served upon counsel for Plaintiff, MAX MEDIA, INC., and filed with the Clerk of the of the California Superior Court for the County of Orange, as an exhibit to a Notice to State Court of Removal to Federal Court. A copy of the Notice being filed in state court is attached hereto as Exhibit "A".

**PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL**

1. On May 31, 2012, Plaintiff, Max Media, Inc., filed a complaint alleging among other causes of action securities fraud in violation of Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

2. Defendants, Cortislim International, Inc., Cortislim International, LLC, and National Marketing, Inc., were served with the summons and complaint on June 7, 2012. Defendant, John D. Neubauer, Jr., was served with the summons and complaint on June 20, 2012. Defendant, Alan R. Sporn, was served with the summons and complaint on July 5, 2012. (Exhibit "B" - Proofs of Service.) This notice is therefore timely with respect to Alan R. Sporn pursuant to 28 U.S.C. §1446(b). Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served upon Defendants in the State Court Action are attached to this Notice as Exhibit "C".

3. The California Superior Court for the County of Orange, Central Justice Center, is located within the Central District of California. 28 U.S.C. §84(d). This Notice of Removal is therefore properly filed in this Court pursuant to 28 U.S.C. §1441(a).

**JOINDER NECESSARY**

4. Defendants, Cortislim International, Inc., Cortislim International, LLC, National Marketing, Inc., and John D. Neubauer, consent and join in the notice of removal.

///

## ALLEGATIONS OF THE COMPLAINT

5.  This action involves among other claims a cause of action for securities fraud in violation of Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.  (Exhibit "C" - Complaint - Pg. 13, ¶53.)

6.  Plaintiff specifically alleges that all Defendants used the "means and instrumentalities of interstate commerce and/or mails, telephone, wire and internet to convey materially false statements concerning the sale of securities to plaintiff . . . ." (Exhibit "C" - Complaint - ¶42.)  Plaintiff further alleges that "By engaging in the foregoing conduct in violation of federal and state securities laws, the Sporn Affiliated Defendants, Neubauer, and R. Sporn acted with fraud and malice . . . ."  (Exhibit "C" - Complaint - ¶52.)

7.  Defendants dispute and deny Plaintiff's allegations and believe the complaint lacks merit and deny that Plaintiff suffered damages.

## BASIS FOR REMOVAL

8.  This action is within the original jurisdiction of this Court and removal therefore is proper under 28 U.S.C. §§ 1332, 1441, 1446, and 1453, which grant district courts original jurisdiction over securities claims under Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

## CONCLUSION

9.  For all the reasons stated above, this action is within the original jurisdiction of this Court pursuant to 28 U.S.C. §1332(d).  Accordingly, this action is removable pursuant to 28 U.S.C. §1441(a) and §1453.

///

///

Wherefore, Defendants give notice that the above described action pending against them in the Superior Court for the County of Orange, Central Justice Center, is removed to this Court.

DATED: July 31, 2012

**GARCIA & PHAN**, *A Law Corporation*

By____________________
ROBERT N. PHAN
JUAN D. GARCIA
Attorneys for Defendants,
CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, and JOHN S. NEUBAUER, JR.

# EXHIBIT "A"

Robert N. Phan (State Bar No. 217283)
Juan D. Garcia (State Bar No. 215980)
**GARCIA & PHAN,** *A Prof. Law Corp.*
17011 Beach Blvd., Ste. 540
Huntington Beach, CA 92647
Telephone: (714) 848-8200
Facsimile: (714) 677-4005

Attorneys for Defendants,
CORTISLIM INTERNATIONAL, INC.;
NATIONAL MARKETING, INC.;
CORTISLIM INTERNATIONAL, LLC;
ALAN R. SPORN; and JOHN S. NEUBAUER, JR.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

MAX MEDIA, INC., a corporation,

Plaintiff,

vs.

CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL, LLC; ALAN R. SPORN, an individual; and JOHN S. NEUBAUER, JR., an individual; RICHARD A. SPORN, an individual; and DOES 1 to 20, inclusive,

Defendants.

CASE NO.: 30-2012-00573178

**DEFENDANTS' CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL, LLC; ALAN R. SPORN; and JOHN S. NEUBAUER, JR.'S NOTICE OF REMOVAL TO THE SUPERIOR COURT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND THE CLERK OF THE SUPERIOR COURT:

PLEASE TAKE NOTICE that on July 31, 2012, Defendants CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL, LLC; ALAN R. SPORN; and JOHN S. NEUBAUER, JR. filed a Notice of Removal of this action with the United States District Court for the Central

p_def_nt_rem.state.wpd 1
DEFENDANTS' CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL, LLC; ALAN R. SPORN; and JOHN S. NEUBAUER, JR.'S NOTICE OF REMOVAL TO THE SUPERIOR COURT

District of California. A true and correct copy of said Notice of Removal (without exhibits) is attached as Exhibit A and served and filed herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1446, the filing of said Notice affects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C. §1446(d).

DATED: July 31, 2012

**GARCIA & PHAN,** *A Law Corporation*

By ____________________
JUAN D. GARCIA
Attorneys for Defendants,
CORTISLIM INTERNATIONAL, INC.;
NATIONAL MARKETING, INC.;
CORTISLIM INTERNATIONAL, LLC;
ALAN R. SPORN; and JOHN S.
NEUBAUER, JR.

# Exhibit "A"

Robert N. Phan (State Bar No. 217283)
Juan D. Garcia (State Bar No. 215980)
**GARCIA & PHAN,** *A Prof. Law Corp.*
17011 Beach Blvd., Ste. 540
Huntington Beach, CA 92647
Telephone: (714) 848-8200
Facsimile: (714) 677-4005

Attorneys for Defendants,
CORTISLIM INTERNATIONAL, INC.,
NATIONAL MARKETING, INC.,
CORTISLIM INTERNATIONAL, LLC,
ALAN R. SPORN, and JOHN S. NEUBAUER, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MAX MEDIA, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL, LLC; ALAN R. SPORN, an individual; and JOHN S. NEUBAUER, JR., an individual; RICHARD A. SPORN, an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: ____________________<br><br>**DEFENDANTS, CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, and JOHN S. NEUBAUER, JR.'S, NOTICE OF REMOVAL** |

**DEFENDANTS, CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, and JOHN S. NEUBAUER, JR.'S NOTICE OF REMOVAL**

Defendants, CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, and JOHN S. NEUBAUER, JR., pursuant to 28 U.S.C. §1441, hereby remove to this Court the state action described below, which is within the original jurisdiction of this Court and

properly removed under 28 U.S.C. §§ 1332, 1441, 1446, and 1453. Pursuant to 28 U.S.C. §1446(d), copies of this Notice of Removal are being served upon counsel for Plaintiff, MAX MEDIA, INC., and filed with the Clerk of the of the California Superior Court for the County of Orange, as an exhibit to a Notice to State Court of Removal to Federal Court. A copy of the Notice being filed in state court is attached hereto as Exhibit "A".

**PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL**

1. On May 31, 2012, Plaintiff, Max Media, Inc., filed a complaint alleging among other causes of action securities fraud in violation of Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

2. Defendants, Cortislim International, Inc., Cortislim International, LLC, and National Marketing, Inc., were served with the summons and complaint on June 7, 2012. Defendant, John D. Neubauer, Jr., was served with the summons and complaint on June 20, 2012. Defendant, Alan R. Sporn, was served with the summons and complaint on July 5, 2012. (Exhibit "B" - Proofs of Service.) This notice is therefore timely with respect to Alan R. Sporn pursuant to 28 U.S.C. §1446(b). Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served upon Defendants in the State Court Action are attached to this Notice as Exhibit "C".

3. The California Superior Court for the County of Orange, Central Justice Center, is located within the Central District of California. 28 U.S.C. §84(d). This Notice of Removal is therefore properly filed in this Court pursuant to 28 U.S.C. §1441(a).

**JOINDER NECESSARY**

4. Defendants, Cortislim International, Inc., Cortislim International, LLC, National Marketing, Inc., and John D. Neubauer, consent and join in the notice of removal.

///

## ALLEGATIONS OF THE COMPLAINT

5.  This action involves among other claims a cause of action for securities fraud in violation of Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5. (Exhibit "C" - Complaint - Pg. 13, ¶53.)

6.  Plaintiff specifically alleges that all Defendants used the "means and instrumentalities of interstate commerce and/or mails, telephone, wire and internet to convey materially false statements concerning the sale of securities to plaintiff . . . ." (Exhibit "C" - Complaint - ¶42.)  Plaintiff further alleges that "By engaging in the foregoing conduct in violation of federal and state securities laws, the Sporn Affiliated Defendants, Neubauer, and R. Sporn acted with fraud and malice . . . ." (Exhibit "C" - Complaint - ¶52.)

7.  Defendants dispute and deny Plaintiff's allegations and believe the complaint lacks merit and deny that Plaintiff suffered damages.

## BASIS FOR REMOVAL

8.  This action is within the original jurisdiction of this Court and removal therefore is proper under 28 U.S.C. §§ 1332, 1441, 1446, and 1453, which grant district courts original jurisdiction over securities claims under Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

## CONCLUSION

9.  For all the reasons stated above, this action is within the original jurisdiction of this Court pursuant to 28 U.S.C. §1332(d).  Accordingly, this action is removable pursuant to 28 U.S.C. §1441(a) and §1453.

///

///

Wherefore, Defendants give notice that the above described action pending against them in the Superior Court for the County of Orange, Central Justice Center, is removed to this Court.

DATED: July 31, 2012

**GARCIA & PHAN,** *A Law Corporation*

By ______________________
ROBERT N. PHAN
JUAN D. GARCIA
Attorneys for Defendants,
CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, and JOHN S. NEUBAUER, JR.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 17011 Beach Blvd., Ste. 540, Huntington Beach, CA 92647.

On **July 31, 2012**, I served the foregoing document described as:

**DEFENDANTS, CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, and JOHN S. NEUBAUER, JR.'S, NOTICE OF REMOVAL**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[X] (BY MAIL)
[ ] I deposited such envelope in the mail at Huntington Beach, California. The envelope was mailed with postage thereon fully prepaid.
[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Huntington Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on **July 31, 2012**, at Huntington Beach, California.

[ ] (BY OVERNIGHT DELIVERY) I caused such envelope to be delivered via Overnight Express to the addressee(s) as indicated.

[ ] (BY FACSIMILE) I faxed such document(s) to the facsimile number(s) shown on the service list. The transmission was reported as complete and without error by the transmitting facsimile machine.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
Executed on *, at Huntington Beach, California.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Maria Sotelo

SERVICE LIST

| | |
|---|---|
| Robert G. Dyer, Esq.<br>LAW OFFICES OF ROBERT G. DYER<br>501 West Broadway, Suite 1700<br>San Diego, CA 92101<br>619-234-9193 (Direct)<br>619-234-9192 (Facsimile)<br>rgd@rgdyerlaw.com | * Counsel for Plaintiff |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 17011 Beach Blvd., Ste. 540, Huntington Beach, CA 92647.

On **July 31, 2012**, I served the foregoing document described as:

**DEFENDANTS' CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL, LLC; ALAN R. SPORN; and JOHN S. NEUBAUER, JR.'S NOTICE OF REMOVAL** TO THE SUPERIOR COURT

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[X] (BY MAIL)
[ ] I deposited such envelope in the mail at Huntington Beach, California. The envelope was mailed with postage thereon fully prepaid.
[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Huntington Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on *, at Huntington Beach, California.

[ ] (BY OVERNIGHT DELIVERY) I caused such envelope to be delivered via Overnight Express to the addressee(s) as indicated.

[ ] (BY FACSIMILE) I faxed such document(s) to the facsimile number(s) shown on the service list. The transmission was reported as complete and without error by the transmitting facsimile machine.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
Executed on *, at Huntington Beach, California.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Maria Sotelo

**SERVICE LIST**

| | |
|---|---|
| Robert G. Dyer<br>Law Office of Robert G. Dyer<br>501 West Broadway, Suite 1700<br>San Diego, CA 92101<br><br>telephone: (619) 234-9193<br>Facsimile: (619) 234-9192 | * Counsel for Plaintiff |

p_def_nt_rem.state.wpd

4

DEFENDANTS' CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL, LLC; ALAN R. SPORN; and JOHN S. NEUBAUER, JR.'S NOTICE OF REMOVAL TO THE SUPERIOR COURT

# EXHIBIT "B"

LAW OFFICES OF ROBERT G. DYER
Robert G. Dyer, SB #76300
501 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 234-9193
Facsimile: (619) 234-9192

Attorneys for Plaintiff MAX MEDIA, INC.

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
07/13/2012 at 10:12:00 AM
Clerk of the Superior Court
By Michele Curry, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

MAX MEDIA, INC., a corporation,

Plaintiff,

v.

CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL LLC; ALAN R. SPORN, an individual; JOHN S. NEUBAUER, JR., an individual; RICHARD A SPORN, an individual; and DOES 1 to 20, inclusive,

Defendant.

**CASE NO. 30-2012-00573178-CU-BC-CJC**

Action Filed: May 31, 2012

**PROOF OF SERVICE OF SUMMONS RE: CORTISLIM INTERNATIONAL, INC.**

///

///

///

///

///

///

///

///

///

///

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*) SBN: SB #076300
ROBERT G. DYER, ESQ.
ROBERT G. DYER, LAW OFFICES OF
501 WEST BROADWAY STE 1700 SAN DIEGO, CA 92101
TELEPHONE NO.: (619) 234-9193 FAX NO.(*Optional*): (619) 234-9192
E-MAIL ADDRESS (*Optional*):
ATTORNEY FOR (*Name*): Plaintiff: MAX MEDIA, INC.

FOR COURT USE ONLY

7/7/12

ORANGE COUNTY SUPERIOR COURT
STREET ADDRESS: 700 CIVIC CENTER DR. WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92702
BRANCH NAME: SANTA ANA

PLAINTIFF/PETITIONER: MAX MEDIA, INC.
DEFENDANT/RESPONDENT: CORTISLIM INTERNATIONAL, INC.

CASE NUMBER: 30-2012-00573178-CU-BC-CJC

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: Max Media/ Dana

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: NEW PROCEDURES FOR EXPEDITED JURY TRIALS IN CIVIL
3. a. Party served *(specify name of party as shown on documents served)*:
   CORTISLIM INTERNATIONAL, INC.

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   MY LLC.COM - REGISTERED AGENT - By Serving: Blake Murphy - Authorized To Accept
4. Address where the party was served: 5716 Corsa Ave, Suite 110
   Westlake Village, CA 91362
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 06/07/2012 (2) at *(time)*: 12:04 pm
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PETITIONER: MAX MEDIA, INC. RESPONDENT: CORTISLIM INTERNATIONAL, INC. | CASE NUMBER: 30-2012-00573178-CU-BC-CJC |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*: (2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☒ On behalf of *(specify)*: CORTISLIM INTERNATIONAL, INC.
under the following Code of Civil Procedure section:

☒ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: PAULETTE SANDS - Diversified Legal Services, Inc.
b. Address: 4665 Park Blvd San Diego, CA 92116
c. Telephone number: (619) 260-8224
d. The fee for service was: $ 58.50
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:
(i) ☐ owner ☐ employee ☒ independent contractor.
(ii) Registration No.: 3928
(iii) County: LOS ANGELES

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 06/07/2012

Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
(619) 260-8224

PAULETTE SANDS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

**LAW OFFICES OF ROBERT G. DYER**
Robert G. Dyer, SB #76300
501 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 234-9193
Facsimile: (619) 234-9192

Attorneys for Plaintiff MAX MEDIA, INC.

**ELECTRONICALLY FILED**
Superior Court of California, County of Orange
**07/13/2012** at 10:12:00 AM
Clerk of the Superior Court
By Michele Curry, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

MAX MEDIA, INC., a corporation,

Plaintiff,

v.

CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL LLC; ALAN R. SPORN, an individual; JOHN S. NEUBAUER, JR., an individual; RICHARD A SPORN, an individual; and DOES 1 to 20, inclusive,

Defendant.

**CASE NO. 30-2012-00573178-CU-BC-CJC**

Action Filed: May 31, 2012

**PROOF OF SERVICE OF SUMMONS RE: NATIONAL MARKETING, INC.**

///

///

///

///

///

///

///

///

///

///

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) SBN: SB #076300
ROBERT G. DYER, ESQ.
ROBERT G. DYER, LAW OFFICES OF
501 WEST BROADWAY STE 1700 SAN DIEGO, CA 92101
TELEPHONE NO.: (619) 234-9193 FAX NO.(Optional): (619) 234-9192
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff: MAX MEDIA, INC.

FOR COURT USE ONLY

ORANGE COUNTY SUPERIOR COURT
STREET ADDRESS: 700 CIVIC CENTER DR. WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92702
BRANCH NAME: SANTA ANA

PLAINTIFF/PETITIONER: MAX MEDIA, INC.
DEFENDANT/RESPONDENT: CORTISLIM INTERNATIONAL, INC.

CASE NUMBER: 30-2012-00573176-CU-BC-CJC

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: Max Media/ Dana

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: **NEW PROCEDURES FOR EXPEDITED JURY TRIALS IN CIVIL**
3. a. Party served *(specify name of party as shown on documents served)*:
   **NATIONAL MARKETING, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **MY LLC.COM - REGISTERED AGENT - By Serving: Blake Murphy - Authorized To Accept**
4. Address where the party was served: **5716 Corsa Ave, Suite 110 Westlake Village, CA 91362**
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **06/07/2012** (2) at *(time)*: **12:04 pm**

   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PETITIONER: MAX MEDIA, INC. RESPONDENT: CORTISLIM INTERNATIONAL, INC. | CASE NUMBER: 30-2012-00573178-CU-BC-CJC |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☒ On behalf of *(specify):* **NATIONAL MARKETING, INC.**
under the following Code of Civil Procedure section:

☒ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**

a. Name: **PAULETTE SANDS - Diversified Legal Services, Inc.**
b. Address: **4665 Park Blvd San Diego, CA 92116**
c. Telephone number: **(619) 260-8224**
d. **The fee** for service was: **$ 23.50**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:
(i) ☐ **owner** ☐ **employee** ☒ **independent contractor.**
(ii) Registration No.: **3928**
(iii) County: **LOS ANGELES**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **06/07/2012**

**Diversified Legal Services, Inc.**
**4665 Park Blvd**
**San Diego, CA 92116**
**(619) 260-8224**

**PAULETTE SANDS**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

**LAW OFFICES OF ROBERT G. DYER**
Robert G. Dyer, SB #76300
501 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 234-9193
Facsimile: (619) 234-9192

Attorneys for Plaintiff MAX MEDIA, INC.

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**07/13/2012** at 10:12:00 AM

Clerk of the Superior Court
By Michele Curry, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

MAX MEDIA, INC., a corporation,

Plaintiff,

v.

CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL LLC; ALAN R. SPORN, an individual; JOHN S. NEUBAUER, JR., an individual; RICHARD A SPORN, an individual; and DOES 1 to 20, inclusive,

Defendant.

**CASE NO. 30-2012-00573178-CU-BC-CJC**

Action Filed: May 31, 2012

**PROOF OF SERVICE OF SUMMONS RE: CORTISLIM INTERNATIONAL, LLC**

///

///

///

///

///

///

///

///

///

///

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): SBN: SB #076300
ROBERT G. DYER, ESQ.
ROBERT G. DYER, LAW OFFICES OF
501 WEST BROADWAY STE 1700 SAN DIEGO, CA 92101
TELEPHONE NO.: (619) 234-9193 FAX NO.(Optional): (619) 234-9192
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff: MAX MEDIA, INC.

FOR COURT USE ONLY

7/7/12

ORANGE COUNTY SUPERIOR COURT
STREET ADDRESS: 700 CIVIC CENTER DR. WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92702
BRANCH NAME: SANTA ANA

PLAINTIFF/PETITIONER: MAX MEDIA, INC.
DEFENDANT/RESPONDENT: CORTISLIM INTERNATIONAL, INC.

CASE NUMBER: 30-2012-00573178-CU-BC-CJC

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: Max Media/ Dana

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. [X] summons
   - b. [X] complaint
   - c. [X] Alternative Dispute Resolution (ADR) package
   - d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   - e. [ ] cross-complaint
   - f. [X] other *(specify documents)*: **NEW PROCEDURES FOR EXPEDITED JURY TRIALS IN CIVIL**
3. a. Party served *(specify name of party as shown on documents served)*:
   **CORTISLIM INTERNATIONAL, LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **MY LLC.COM - REGISTERED AGENT - By Serving: Blak Murphy - Authorized To Accept**
4. Address where the party was served: **5716 Corsa Ave, Suite 110**
   **Westlake Village, CA 91362**
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **06/07/2012** (2) at *(time)*: **12:04 pm**

   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PETITIONER: MAX MEDIA, INC. RESPONDENT: CORTISLIM INTERNATIONAL, INC. | CASE NUMBER: 30-2012-00573178-CU-BC-CJC |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*: (2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☒ On behalf of *(specify)*: CORTISLIM INTERNATIONAL, LLC
under the following Code of Civil Procedure section:

☒ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**

a. Name: PAULETTE SANDS - Diversified Legal Services, Inc.
b. Address: 4665 Park Blvd San Diego, CA 92116
c. Telephone number: (619) 260-8224
d. **The fee** for service was: $ 23.50
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:
(i) ☐ owner ☐ employee ☒ independent contractor.
(ii) Registration No.: 3928
(iii) County: LOS ANGELES

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 06/07/2012

Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
(619) 260-8224

PAULETTE SANDS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

**LAW OFFICES OF ROBERT G. DYER**
Robert G. Dyer, SB #76300
501 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 234-9193
Facsimile: (619) 234-9192

Attorneys for Plaintiff MAX MEDIA, INC.

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
**07/13/2012** at 10:12:00 AM
Clerk of the Superior Court
By Michele Curry, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

MAX MEDIA, INC., a corporation,

Plaintiff,

v.

CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL LLC; ALAN R. SPORN, an individual; JOHN S. NEUBAUER, JR., an individual; RICHARD A SPORN, an individual; and DOES 1 to 20, inclusive,

Defendant.

**CASE NO. 30-2012-00573178-CU-BC-CJC**

Action Filed: May 31, 2012

**PROOF OF SERVICE OF SUMMONS RE: ALAN R. SPORN, AN INDIVIDUAL**

///

///

///

///

///

///

///

///

///

///

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* SBN: SB #076300
ROBERT G. DYER, ESQ.
ROBERT G. DYER, LAW OFFICES OF
501 WEST BROADWAY STE 1700 SAN DIEGO, CA 92101
TELEPHONE NO.: (619) 234-9193 FAX NO.*(Optional)*: (619) 234-9192
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff: MAX MEDIA, INC.

*FOR COURT USE ONLY*

ORANGE COUNTY SUPERIOR COURT
STREET ADDRESS: 700 CIVIC CENTER DR. WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92702
BRANCH NAME: SANTA ANA

PLAINTIFF/PETITIONER: MAX MEDIA, INC.
DEFENDANT/RESPONDENT: CORTISLIM INTERNATIONAL, INC.

CASE NUMBER: 30-2012-00573178-CU-BC-CJC

Ref. No. or File No.: Max Media/ Dana

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: **NEW PROCEDURES FOR EXPEDITED JURY TRIALS IN CIVIL**
3. a. Party served *(specify name of party as shown on documents served)*:
   **ALAN R. SPORN, an individual**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **25232 Rockridge Road**
   **Laguna Hills, CA 92653**
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **07/05/2012** (2) at *(time)*: **02:45 pm**

   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
PROOF OF SERVICE OF SUMMONS
Code of Civil Procedure, § 417.10
POS010-1/178284

| PETITIONER: MAX MEDIA, INC. RESPONDENT: CORTISLIM INTERNATIONAL, INC. | CASE NUMBER: 30-2012-00573178-CU-BC-CJC |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **DEBRA DELGADILLO - Diversified Legal Services, Inc.**
b. Address: **4665 Park Blvd San Diego, CA 92116**
c. Telephone number: **(619) 260-8224**
d. **The fee** for service was: **$ 48.50**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:
(i) ☐ **owner** ☒ **employee** ☐ **independent contractor.**
(ii) Registration No.: **1761**
(iii) County: **SAN DIEGO**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **07/05/2012**

**Diversified Legal Services, Inc.**
**4665 Park Blvd**
**San Diego, CA 92116**
**(619) 260-8224**

DEBRA DELGADILLO
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

LAW OFFICES OF ROBERT G. DYER
Robert G. Dyer, SB #76300
501 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 234-9193
Facsimile: (619) 234-9192

Attorneys for Plaintiff MAX MEDIA, INC.

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
07/13/2012 at 10:12:00 AM
Clerk of the Superior Court
By Michele Curry, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

MAX MEDIA, INC., a corporation,

Plaintiff,

v.

CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL LLC; ALAN R. SPORN, an individual; JOHN S. NEUBAUER, JR., an individual; RICHARD A SPORN, an individual; and DOES 1 to 20, inclusive,

Defendant.

**CASE NO. 30-2012-00573178-CU-BC-CJC**

Action Filed: May 31, 2012

**PROOF OF SERVICE OF SUMMONS RE: JOHN S. NEUBAUER, JR., AN INDIVIDUAL**

///

///

///

///

///

///

///

///

///

///

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| ROBERT G. DYER, ESQ. SBN: SB #076300<br>ROBERT G. DYER, LAW OFFICES OF<br>501 WEST BROADWAY STE 1700 SAN DIEGO, CA 92101<br>TELEPHONE NO.: (619) 234-9193 FAX NO.(Optional): (619) 234-9192<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | 7/20/12 |
| ORANGE COUNTY SUPERIOR COURT<br>STREET ADDRESS: 700 CIVIC CENTER DR. WEST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SANTA ANA, CA 92702<br>BRANCH NAME: SANTA ANA | |
| PLAINTIFF/PETITIONER: MAX MEDIA<br>DEFENDANT/RESPONDENT: CORTISLIM INTERNATIONAL | CASE NUMBER:<br>30-201200573178CU-BC-CJC |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: DANA/MEDIA |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: ATTENTION ALL ATTORNEYS AND LITIGANTS
3. a. Party served *(specify name of party as shown on documents served)*:
   JOHN S. NEUBAUER, JR., AN INDIVIDUAL

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: 538 SAN LUCAS DR
   SOLANA BEACH, CA 92075
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:

   b. [X] **by substituted service.** On *(date)*: 06/20/2012 at *(time)*: 12:45 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   JOANNE NEUBAUER - CO TENANT

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [X] a declaration of mailing is attached.

   (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
PROOF OF SERVICE OF SUMMONS
Code of Civil Procedure, § 417.10
POS010-1/178280

| PETITIONER: MAX MEDIA<br>RESPONDENT: CORTISLIM INTERNATIONAL | CASE NUMBER:<br>30-201200573178CU-BC-CJC |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **DEBRA DELGADILLO - Diversified Legal Services, Inc.**
b. Address: **4665 Park Blvd San Diego, CA 92116**
c. Telephone number: **(619) 260-8224**
d. The fee for service was: **$ 48.50**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:
(i) ☐ **owner** ☒ **employee** ☐ **independent contractor.**
(ii) Registration No.: **1761**
(iii) County: **SAN DIEGO**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **06/20/2012**

**Diversified Legal Services, Inc.**
**4665 Park Blvd**
**San Diego, CA 92116**
**(619) 260-8224**

**DEBRA DELGADILLO**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

ROBERT G. DYER, ESQ.
ROBERT G. DYER, LAW OFFICES OF
501 WEST BROADWAY STE 1700 SAN DIEGO, CA 92101
Attorney For:
TELEPHONE NO.: (619) 234-9193 FAX NO. (Optional): (619) 234-9192
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

ORANGE COUNTY SUPERIOR COURT
STREET ADDRESS: 700 CIVIC CENTER DR. WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92702
BRANCH NAME: SANTA ANA

PLAINTIFF(name each): MAX MEDIA
DEFENDANT(name each): CORTISLIM INTERNATIONAL

CASE NUMBER: 30-201200573178CU-BC-CJC

| | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | DANA/MEDIA |

I received the within process on June 6, 2012 and that after due and diligent effort I have been able to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **JOHN S. NEUBAUER, JR., AN INDIVIDUAL**

Documents: **Summons;Complaint;Alternative Dispute (ADR) package;Civil Case Cover Sheet (served in complex cases only);ATTENTION ALL ATTORNEYS AND LITIGANTS**

As enumerated below:

**06/06/2012 -- 07:10 pm** — 538 SAN LUCAS DR, SOLANA BEACH, CA 92075
NO ANSWER

**06/07/2012 -- 09:54 am** — 538 SAN LUCAS DR, SOLANA BEACH, CA 92075
NOT IN, OUT OF TOWN

**06/08/2012 -- 07:15 am** — 538 SAN LUCAS DR, SOLANA BEACH, CA 92075
NOT IN

**06/13/2012 -- 06:55 pm** — 538 SAN LUCAS DR, SOLANA BEACH, CA 92075
NO ANSWER .

**06/16/2012 -- 01:00 pm** — 538 SAN LUCAS DR, SOLANA BEACH, CA 92075
NO ANSWER .

Fee for Service: $ 48.50
County: SAN DIEGO
Registration No.: 1761
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
(619) 260-8224

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 21, 2012.

Signature: ____________
DEBRA DELGADILLO

DECLARATION OF DILIGENCE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) SBN: SB #076300<br>ROBERT G. DYER, ESQ.<br>ROBERT G. DYER, LAW OFFICES OF<br>501 WEST BROADWAY STE 1700 SAN DIEGO, CA 92101<br>TELEPHONE NO.: (619) 234-9193 FAX NO.(Optional): (619) 234-9192<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): : | FOR COURT USE ONLY |
|---|---|
| ORANGE COUNTY SUPERIOR COURT<br>STREET ADDRESS: 700 CIVIC CENTER DR. WEST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SANTA ANA, CA 92702<br>BRANCH NAME: SANTA ANA | |
| PLAINTIFF/PETITIONER: MAX MEDIA<br>DEFENDANT/RESPONDENT: CORTISLIM INTERNATIONAL | CASE NUMBER:<br>30-201200573178CU-BC-CJC |
| **PROOF OF SERVICE BY MAIL** | Ref. No. or File No.: DANA/MEDIA |

m a citizen of the United States and employed in the County of San Diego, State of California. I am over the age of 18 and t a party to the within action. My business address is 4665 Park Blvd, San Diego, CA 92116.

ı June 20, 2012, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed pies of the:

**Summons;Complaint;Alternative Dispute (ADR) package;Civil Case Cover Sheet (served in complex cases only);ATTENTION ALL ATTORNEYS AND LITIGANTS**

the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon lly prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

**JOHN S. NEUBAUER, JR., AN INDIVIDUAL**

**538 SAN LUCAS DR**
**SOLANA BEACH, CA 92075**

am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would e deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SAN DIEGO, alifornia in the ordinary course of business.

Fee for Service: 48.50

DIVERSIFIED LEGAL SERVICES, INC
4665 PARK BLVD
SAN DIEGO, CA 92116
(619) 260-8224

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 20, 2012.

Signature: ______________________
KEVIN S. GILBERT

**PROOF OF SERVICE BY MAIL**

Order#: 178280/mailproof

LAW OFFICES OF ROBERT G. DYER
Robert G. Dyer, SB #76300
501 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 234-9193
Facsimile: (619) 234-9192

Attorneys for Plaintiff MAX MEDIA, INC.

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
07/13/2012 at 10:12:00 AM
Clerk of the Superior Court
By Michele Curry, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| MAX MEDIA, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL LLC; ALAN R. SPORN, an individual; JOHN S. NEUBAUER, JR., an individual; RICHARD A SPORN, an individual; and DOES 1 to 20, inclusive,<br><br>Defendant. | **CASE NO. 30-2012-00573178-CU-BC-CJC**<br><br>Action Filed: May 31, 2012<br><br>**PROOF OF SERVICE OF SUMMONS RE: RICHARD A. SPORN, AN INDIVIDUAL** |

///

///

///

///

///

///

///

///

///

///

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert G. Dyer, Esq., SB #076300<br>LAW OFFICES OF ROBERT G. DYER<br>501 West Broadway, Suite 1700<br><br>San Diego, CA 92101<br>TELEPHONE NO.: 619/234-9193 FAX NO. (Optional): 619/234-9192<br>E-MAIL ADDRESS (Optional): rgd@rgdyerlaw.com<br>ATTORNEY FOR (Name): MAX MEDIA, INC. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: CENTRAL JUSTICE CENTER | |
| PLAINTIFF/PETITIONER: MAX MEDIA, INC., a corporation<br><br>DEFENDANT/RESPONDENT: CORTISLIM INTERNATIONAL, INC., | CASE NUMBER:<br>30-2012-00573178-CU-BC-CJC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Max Media |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: NEW PROCEDURES FOR EXPEDITED JURY TRIALS IN CIVIL
3. a. Party served *(specify name of party as shown on documents served)*: RICHARD A. SPORN, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: 521 Fifth Avenue, New York, NY 10175
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: MAX MEDIA, INC., a corporation | CASE NUMBER: 30-2012-00573178-CU-BC- |
| --- | --- |
| DEFENDANT/RESPONDENT: CORTISLIM INTERNATIONAL, INC., | |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*: (2) from *(city)*:
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [X] **by other means** *(specify means of service and authorizing code section)*: VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED - California Code of Civil Procedure, section 415.40.

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   [ ] 416.10 (corporation)
   [ ] 416.20 (defunct corporation)
   [ ] 416.30 (joint stock company/association)
   [ ] 416.40 (association or partnership)
   [ ] 416.50 (public entity)
   [ ] 415.95 (business organization, form unknown)
   [ ] 416.60 (minor)
   [ ] 416.70 (ward or conservatee)
   [ ] 416.90 (authorized person)
   [ ] 415.46 (occupant)
   [ ] other:

7. **Person who served papers**
   a. Name: Dana C. Church
   b. Address: 501 West Broadway, Suite 1700, San Diego, CA 92101
   c. Telephone number: 619-234-9193
   d. **The fee** for service was: $
   e. I am:
   (1) [X] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ ] registered California process server:
   (i) [ ] owner [ ] employee [ ] independent contractor.
   (ii) Registration No.:
   (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 12, 2012

DANA C. CHURCH
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ [signature]
(SIGNATURE)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Sporn
521 Fifth Ave
New York, NY, 10175

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 6-11-12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0006 6644 4705

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

7003 2260 0006 6644 4705

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

NEW YORK NY 10175
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.30 |
| Certified Fee | | $2.95 |
| Return Reciept Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.60 |

0902

Postmark Here: BONITA CA 91902-9998 JUN - 8 2012 06/08/2012 USPS

Sent To: Richard Sporn
Street, Apt. No.; or PO Box No.: 521 Fifth Ave
City, State, ZIP+4: New York, NY 10175

PS Form 3800, June 2002 See Reverse for Instructions

# EXHIBIT "C"

LAW OFFICES OF ROBERT G. DYER
Robert G. Dyer, SB #76300
501 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 234-9193
Facsimile: (619) 234-9192

Attorneys for Plaintiff MAX MEDIA, INC., a corporation

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
05/31/2012 at 03:01:20 PM
Clerk of the Superior Court
By Maria Gina Barr, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

MAX MEDIA, INC., a corporation,

Plaintiff,

v.

CORTISLIM INTERNATIONAL, INC.; NATIONAL MARKETING, INC.; CORTISLIM INTERNATIONAL LLC; ALAN R. SPORN, an individual; JOHN S. NEUBAUER, JR., an individual; RICHARD A SPORN, an individual; and DOES 1 to 20, inclusive,

Defendants.

CASE NO. 30-2012-00573178-CU-BC-CJC

COMPLAINT FOR DAMAGES

Judge John C. Gastelum

Plaintiff Max Media, Inc. ("Plaintiff") files its Complaint against Defendants CortiSlim International, Inc., National Marketing, Inc., CortiSlim International, LLC, Alan R. Sporn, John S. Neubauer, Jr., and Richard A. Sporn (collectively all referred to herein as "Defendants," and from time to time, individually referred to as "Defendant") and hereby alleges as follows:

PARTIES

1. Plaintiff is and was, at all times relevant herein, a corporation organized under the laws of the State of Nevada, and conducted business in the County of Orange, State of California.

2. Defendant CortiSlim International, Inc. ("CortiSlim, Inc.") is and was, at all times relevant herein, a corporation duly organized under the laws of the State of Delaware, with its

principal place of business located at 28241 Crown Valley Parkway, Suite F-415, Laguna Niguel, California 92677, and conducted the transactions referred to herein in the County of Orange, State of California.

3. Defendant National Marketing, Inc. ("NMI") is and was, at all times relevant herein, a corporation duly organized under the laws of the State of Wyoming, with its principal place of business located at 28241 Crown Valley Parkway, Suite F-415, Laguna Niguel, California 82677. NMI's status in Wyoming is "revoked."

4. Defendant CortiSlim International, LLC, ("CortiSlim, LLC") is and was, at all times relevant herein, a limited liability company, duly organized under the laws of the State of Nevada, with its principal place of business located at 28241 Crown Valley Parkway, Suite F-415, Laguna Niguel, California 92677. CortiSlim, LLC's, status in Nevada is "revoked." Upon information and belief, CortiSlim, LLC, owns certain of the assets used in the marketing and sale of the "CortiSlim®" brand products.

5. Defendant Alan R. Sporn ("A. Sporn") is and was, at all times relevant herein, an individual and citizen of the State of California, residing in Orange County, California. A. Sporn is the founder, promoter, chief executive officer, a director, and a stock holder of CortiSlim, Inc. and NMI, and founder, promoter, chief executive officer and Managing Member of CortiSlim, LLC.

6. Defendant John S. Neubauer, Jr. ("Neubauer") is and was, at all times relevant herein, an individual and citizen of the State of California, residing in San Diego County, California. Neubauer is the Chief Financial Officer of CortiSlim, Inc., and engaged in some of the conduct alleged herein in the County of Orange, State of California.

7. Defendant Richard A. Sporn ("R. Sporn") is and was, at all times relevant herein, an individual and citizen of the State of New York, residing in Westchester County, New York. R. Sporn is a stock holder, a board member, the Chief Strategy Advisor and General Counsel of CortiSlim, Inc., and a Managing Member of CortiSlim, LLC, and engaged in some of the conduct alleged herein in the County of Orange, State of California..

///

///

8. Plaintiff is informed, believes, and based thereon alleges that Defendants in this action acted as alleged in this Complaint jointly and for common purpose; that the acts alleged in this Complaint were in furtherance of a conspiracy among the Defendants; and that all actions were taken pursuant to that common design to defraud Plaintiff, and resulted in the fraud, breach of contract, violations of securities laws, and conspiracy, and breach of fiduciary duty set forth herein, from which Plaintiff was damaged.

9. Plaintiff is informed, believes, and based thereon alleges that, at all times relevant, there existed a unity of interest and ownership between A. Sporn, CortiSlim, Inc., CortiSlim, LLC and NMI (collectively, the "Sporn Affiliated Defendants") such that any individuality and separateness between the Sporn Affiliated Defendants never existed or has ceased to exist, and that the Sporn Affiliated Defendants are the alter egos of each other. Plaintiff is further informed, believes, and based thereon alleges that the Sporn Affiliated Defendants, and each of them, used assets of each of the other Sporn Affiliated Defendants for their own purposes as though it were their own and caused assets to be transferred between them or to entities they controlled. Plaintiff is informed, believes, and based thereon alleges that adherence to the fiction of the separate existence of the Sporn Affiliated Defendants, and each of them, as an entity distinct from the other Sporn Affiliated Defendants, would permit an abuse of the corporate privilege, would sanction fraud, and promote injustice, as well as set up the business of the Sporn Affiliated Defendants to make an unfair profit from fraudulent misconduct, unlawful evasion of contractual obligations and the deprivation of the rights and privileges afforded to minority shareholders under State and Federal law. In particular, but without limitation, the Sporn Affiliated Defendants each directly and indirectly controlled each other, and each is jointly and severally liable for the actions alleged in this Complaint. Each has direct and indirect control of the other, including the power to direct or cause the direction of the management and polices of the other, through ownership of securities and assets, by contract, and otherwise. The Sporn Affiliated Defendants exercised active control over the day-to-day affairs of the other, and each had the power to control and influence the particular transactions alleged herein, whether or not such power was actually exercised in these instances. (References herein to A. Sporn shall also refer to the Sporn Affiliated Defendants.)

10. On information and belief, Plaintiff alleges that each of the Defendants was the agent of the others, and was acting for and on behalf of the others in doing the acts herein alleged. Accordingly, each of the Defendants is liable for the acts of the others.

BACKGROUND FACTS

11. CortiSlim, Inc. is in the business of procuring the manufacture of, and in marketing and selling, various dietary supplement products, under the name of "CortiSlim®."

12. NMI is or claims to be the owner of certain assignments of federal trademarks for or involving the name "CortiSlim®," including marks Registration Number #4044657, 3132029, 3132028 and 3132026. NMI acquired the assignment of certain of the said trademarks from Window Rock Enterprises, Inc.

13. Despite the fact that NMI is or claims to be the owner of the CortiSlim®marks, the Sporn Affiliated Defendants, Neubauer and R. Sporn represent, and at all times relevant to this matter have represented, that CortiSlim, Inc. is the owner of the registered trademark "CortiSlim®."

14. In September 2011, CortiSlim, Inc. began a campaign to raise $5,000,000.00 from investors, by means of a Private Placement Memorandum dated September 26, 2011 (the "Private Placement Memorandum"). In the Private Placement Memorandum, CortiSlim, Inc. stated that the proceeds from investors would be used in part for the execution of the marketing plan for direct marketing of the CortiSlim® products. CortiSlim, Inc.'s efforts to raise the $5,000,000.00 had not succeeded when A. Sporn became acquainted with Mr. John Graziano ("Graziano") the principle of Max Media, Inc., in the early fall of 2011.

15. In initial phone calls and email messages between A. Sporn and Graziano, A. Sporn told Graziano about the money raising efforts by CortiSlim, Inc. and the need for a well-known marketing and advertising company, such as the one owned by Graziano, to direct and oversee all future marketing and advertising efforts of CortiSlim, Inc.

16. Graziano owns and operates Max Media, Inc., ("Max Media") a well-known marketing and advertising firm. Graziano is a forty-year veteran of marketing and advertising and has spent the last twenty-five years being heavily involved in the field of direct response marketing